**John M. FRANKLIN, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 206, 2016

Supreme Court of Delaware.

Submitted: May 6, 2016

Decided: May 23, 2016

Rehearing En Banc Denied June 13, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0304010407C

AFFIRMED.

▪

**Omar J. HENRY, Plaintiff Below, Appellant,**

v.

**CCHS PUBLIC SAFETY DETAIL, Christiana Care Health Service, Lt. Mike Diossi, Sgt. Brain Health, Cpl. William Babby, Cpl. Elijah Richardson, Cpl. Brendan Wham, (WPD), Cpl. Cavan Crawford, Cpl. John Colicchio, Cpl. Gregory Price, Cpl. Curtis Knott, Defendants Below, Appellees.**

No. 98, 2016

Supreme Court of Delaware.

Submitted: March 28, 2016

Decided: May 27, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N14C–12–150

DISMISSED.

▪

**Julie BAILEY, Defendant Below, Appellant,**

v.

**STATE of Delaware, Plaintiff Below, Appellee.**

No. 96, 2016

Supreme Court of Delaware.

Submitted: March 14, 2016

Decided: May 27, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 0409005305

DISMISSED.

▪

**GREAT STUFF, INC., a Delaware corporation; Jeffrey S. Bruette and Brian Kuehn, Defendants–Below, Appellants,**

v.

**Andrew Cody COTTER, Plaintiff–Below, Appellee.**

No. 323, 2015

Supreme Court of Delaware.

Submitted: May 18, 2016

Decided: May 31, 2016

Reargument Denied June 20, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N13C–02–009

AFFIRMED.